IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ALLEN L. WILT ) | |
|      DIANE M. WILT ) | CHAPTER 13 |
|      **Debtor(s)** ) | |
| ) | CASE NO. 16-18810 (ELF) |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | HEARING DATE: **11-21-17 at 9:30 AM** |
|      **Moving Party** ) | |
| ) | |
|      v. ) | 11 U.S.C. 362 |
| ) | |
| ALLEN L. WILT ) | |
| DIANE M. WILT ) | |
|      **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|      **Trustee** ) | |
| ) | |

**STIPULATION OF SETTLEMENT OF MOTION OF GM FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), and the Debtors having opposed such Motion through their counsel, Brad J. Sadek, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

    **ORDERED:**

1. That GM Financial is the holder of a first purchase money security interest in a 2012 Toyota Rav4 bearing vehicle identification number 2T3DF4DV6CW205724.

2. That the Debtors are to pay counsel fees and costs for the instant Motion in the amount of $531.00 by making their regular monthly payment of $562.65 plus an additional $88.50 (total monthly payment of $651.15) for the months of January through June 2018.

3. That commencing December 2017, if the Debtors fails to make any payment to GM Financial within thirty (30) days after the date it falls due, GM Financial may send, via facsimile and regular mail, the Debtors and counsel a written notice of

    default of this Stipulation.  If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

4. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtors

/s/ William E. Craig
William E. Craig, Esquire
Attorney for GM Financial