**Fill in this information to identify the case:**

Debtor 1       Allen L Wilt

Debtor 2       Diane M Wilt
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern          District of  Pennsylvania
                                                                       (State)

Case number    16-18810-elf

Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 4 6 0 9

**Property address:** 23 Ridley Ave
Number    Street

Aldan, PA 19018
City       State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                              MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                             (a)  $ 9,659.05

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b)  $ (1,192.66)

c. **Total**. Add lines a and b.                                         (c)  $ 8,466.39

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   10 / 01 / 2021
                                                                         MM / DD / YYYY

Form 4100R                     **Response to Notice of Final Cure Payment**                     page 1

| Debtor 1 | Allen L Wilt | | Case number *(if known)* 16-18810-elf |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Angela C. Pattison        Date 02 / 28 / 2022
Signature

Print: Angela C. Pattison        Title: Creditor's Counsel
First Name   Middle Name   Last Name

Company: Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1415 Route 70 East, Suite 309
Number    Street

Cherry Hill, NJ 08034
City      State     ZIP Code

Contact phone ( 856 ) 616 – 8086        Email apattison@hillwallack.com

| | | | | Post Suspense Short Fall Balance | -$527.82 | | |
|---|---|---|---|---|---|---|---|
| Transaction Type | Transaction Date | Amount Received | Post-petition Due Date | Post Amt Due Per PCN | Contractual Amt Applied | Principal & Interest | Escrow |
| Beginning Balance | 12/28/2016 | $0.00 | 12/1/2016 | | | | |
| Post-Petition | 01/27/17 | $1,830.43 | 1/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 03/09/17 | $1,777.15 | | | | | |
| Post-Petition | 03/09/17 | $106.56 | 2/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 05/12/17 | $1,777.15 | 3/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 05/30/17 | $1,830.43 | 4/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 06/29/17 | $1,830.43 | 5/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 08/16/17 | $1,830.43 | 6/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 09/11/17 | $1,830.43 | 7/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 10/19/17 | $1,830.43 | 8/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 12/08/17 | $1,830.43 | 9/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 01/08/18 | $1,850.59 | 10/1/2017 | $1,830.43 | $1,830.43 | $1,181.15 | $649.28 |
| Post-Petition | 02/22/18 | $1,850.59 | 11/1/2017 | $1,852.08 | $1,852.08 | $1,181.15 | $670.93 |
| Post-Petition | 03/21/18 | $1,850.59 | 12/1/2017 | $1,852.08 | $1,852.08 | $1,181.15 | $670.93 |
| Post-Petition | 04/19/18 | $1,850.59 | 1/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 05/21/18 | $461.00 | | | | | |
| Post-Petition | 05/30/18 | $1,850.59 | 2/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 06/28/18 | $1,850.59 | 3/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 08/13/18 | $1,850.59 | 4/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 08/31/18 | $1,850.59 | 5/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 10/12/18 | $1,850.59 | 6/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 10/19/18 | $1,850.59 | 7/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 12/17/18 | $1,751.45 | 8/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 12/18/18 | $90.00 | | | | | |
| Post-Petition | 12/18/18 | $10.00 | | | | | |
| Post-Petition | 12/31/18 | $1,860.00 | 9/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 02/22/19 | $1,921.00 | 10/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 03/08/19 | $1,921.00 | 11/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 04/05/19 | $1,921.00 | 12/1/2018 | $1,850.59 | $1,850.59 | $1,181.15 | $669.44 |
| Post-Petition | 05/31/19 | $1,921.00 | 1/1/2019 | $1,918.30 | $1,918.30 | $1,181.15 | $737.15 |
| Post-Petition | 07/01/19 | $1,920.00 | 2/1/2019 | $1,918.30 | $1,918.30 | $1,181.15 | $737.15 |
| Post-Petition | 07/26/19 | $1,920.00 | 3/1/2019 | $1,918.30 | $1,918.30 | $1,181.15 | $737.15 |
| Post-Petition | 08/30/19 | $1,920.00 | 4/1/2019 | $1,918.30 | $1,918.30 | $1,181.15 | $737.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Post-Petition | 09/20/19 | $1,920.00 | 5/1/2019 | $1,918.30 | $1,918.30 | $1,181.15 | $737.15 |
| Post-Petition | 02/24/20 | $1,842.00 | 6/1/2019 | $1,918.30 | $1,913.31 | $1,176.16 | $737.15 |
| Post-Petition | 03/10/20 | $1,895.00 | 7/1/2019 | $1,918.30 | $1,895.00 | $1,157.85 | $737.15 |
| Post-Petition | 04/06/20 | $1,895.00 | 2/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 04/27/20 | $1,895.00 | 3/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 05/26/20 | $1,895.00 | 4/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 06/29/20 | $1,895.00 | 5/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 08/03/20 | $1,895.00 | 6/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 09/03/20 | $1,895.00 | 7/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 11/09/20 | $3,791.00 | 8/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 11/09/20 | | 9/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 12/09/20 | $1,896.00 | 10/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 01/13/21 | $1,896.00 | 11/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 02/10/21 | $1,896.00 | 12/1/2020 | $1,893.44 | $1,893.44 | $1,181.15 | $712.29 |
| Post-Petition | 03/24/21 | $1,896.00 | | | | | |
| Post-Petition | 06/03/21 | $1,931.81 | 1/1/2021 | $1,978.31 | $1,978.31 | $1,181.15 | $797.16 |
| Post-Petition | 07/28/21 | $1,931.81 | 2/1/2021 | $1,978.31 | $1,978.31 | $1,181.15 | $797.16 |
| Post-Petition | 08/25/21 | $1,990.00 | 3/1/2021 | $1,978.31 | $1,978.31 | $1,181.15 | $797.16 |
| Post-Petition | 11/09/21 | $1,940.00 | 4/1/2021 | $1,978.31 | $1,978.31 | $1,181.15 | $797.16 |
| Post-Petition | 11/24/21 | $1,940.00 | 5/1/2021 | $1,978.31 | $1,931.81 | $1,181.15 | $750.66 |
| Post-Petition | 12/08/21 | $1,940.00 | 6/1/2021 | $1,978.31 | $1,931.81 | $1,181.15 | $750.66 |
| Post-Petition | 01/27/22 | $1,381.76 | 7/1/2021 | $1,978.31 | $1,931.81 | $1,181.15 | $750.66 |
| Post-Petition | 02/16/22 | $1,381.76 | 8/1/2021 | $1,978.31 | $1,931.81 | $1,181.15 | $750.66 |
| *Pre-petition suspense credit brought the account due for 10.1.21 | | | | | | | |

| Posting Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Suspense Balance |
|---|---|---|---|
|  | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
|  | $1,777.15 | $0.00 | $1,777.15 |
| -$1,723.87 | $0.00 | $1,723.87 | $53.28 |
| -$53.28 | $0.00 | $53.28 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $20.16 | $20.16 | $0.00 | $20.16 |
| -$1.49 | $0.00 | $1.49 | $18.67 |
| -$1.49 | $0.00 | $1.49 | $17.18 |
| $0.00 | $0.00 | $0.00 | $17.18 |
|  | $461.00 | $0.00 | $478.18 |
| $0.00 | $0.00 | $0.00 | $478.18 |
| $0.00 | $0.00 | $0.00 | $478.18 |
| $0.00 | $0.00 | $0.00 | $478.18 |
| $0.00 | $0.00 | $0.00 | $478.18 |
| $0.00 | $0.00 | $0.00 | $478.18 |
| $0.00 | $0.00 | $0.00 | $478.18 |
| -$99.14 | $0.00 | $99.14 | $379.04 |
|  | $90.00 | $0.00 | $469.04 |
|  | $10.00 | $0.00 | $479.04 |
| $9.41 | $9.41 | $0.00 | $488.45 |
| $70.41 | $70.41 | $0.00 | $558.86 |
| $70.41 | $70.41 | $0.00 | $629.27 |
| $70.41 | $70.41 | $0.00 | $699.68 |
| $2.70 | $2.70 | $0.00 | $702.38 |
| $1.70 | $1.70 | $0.00 | $704.08 |
| $1.70 | $1.70 | $0.00 | $705.78 |
| $1.70 | $1.70 | $0.00 | $707.48 |

| | | | |
|---:|---:|---:|---:|
| $1.70 | $1.70 | $0.00 | $709.18 |
| -$76.30 | $0.00 | $76.30 | $632.88 |
| -$23.30 | $0.00 | $23.30 | $0.00 |
| $1.56 | $1.56 | $0.00 | $1.56 |
| $1.56 | $1.56 | $0.00 | $3.12 |
| $1.56 | $1.56 | $0.00 | $4.68 |
| $1.56 | $1.56 | $0.00 | $6.24 |
| $1.56 | $1.56 | $0.00 | $7.80 |
| $1.56 | $1.56 | $0.00 | $9.36 |
| $1,897.56 | $1,897.56 | $0.00 | $1,906.92 |
| -$1,893.44 | $0.00 | $1,893.44 | $13.48 |
| $2.56 | $2.56 | $0.00 | $16.04 |
| $2.56 | $2.56 | $0.00 | $18.60 |
| $2.56 | $2.56 | $0.00 | $21.16 |
| | $1,896.00 | $0.00 | $1,917.16 |
| -$46.50 | $0.00 | $46.50 | $1,870.66 |
| -$46.50 | $0.00 | $46.50 | $1,824.16 |
| $11.69 | $11.69 | $0.00 | $1,835.85 |
| -$38.31 | $0.00 | $38.31 | $1,797.54 |
| -$38.31 | $0.00 | $38.31 | $1,759.23 |
| -$38.31 | $0.00 | $38.31 | $1,720.92 |
| -$596.55 | $0.00 | $596.55 | $1,124.37 |
| -$596.55 | $0.00 | $596.55 | $527.82 |

**MFR Shortfall credited to AO iao 781.89*

**Agreed Order Brought Debtor Current**

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

IN RE:

**Allen L Wilt**
**Diane M Wilt**

DEBTOR.

CHAPTER 13

CASE NO.: **16-18810-elf**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, service was made upon all interested parties, indicated below of (i) Response to Notice of Final Cure in the manner indicated below:

| | |
|---|---|
| **Allen L Wilt**<br>23 Ridley Avenue<br>Aldan, PA 19018<br>**Debtor**<br>**Via Regular Mail** | *Trustee*<br>**KENNETH E. WEST, Esq.**<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107<br>**Chapter 13 Trustee**<br>**Via ECF** |
| **Diane M Wilt**<br>23 Ridley Avenue<br>Aldan, PA 19018<br>**Debtor**<br>**Via Regular Mail** | |
| **BRAD J. SADEK**<br>**Sadek and Cooper**<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>**Counsel for Debtor**<br>**Via ECF** | **U.S. Trustee**<br>**United States Trustee**<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>**Via ECF** |

By: /s/ Angela C. Pattison
**Angela C. Pattison, Esq., Atty ID 307611**
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
apattison@hillwallack.com

{09857341; 1}